# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------
| | |
|---|---|
| In re: : | |
| : | Chapter 7 |
| LISHA ABRAHAM, : | |
| on her own behalf and on : | Bankruptcy Case No. 23-10253 |
| behalf of all other persons similarly situated, : | |
| : | |
| Plaintiff, : | |
| : | Adversary Proceeding |
| : | No.  23-50116 |
| - against - : | |
| : | |
| AKORN HOLDING COMPANY LLC, : | |
| : | |
| Defendant. : | |
---------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Please take notice that Lisha Abraham hereby files this voluntary dismissal of the Complaint filed herein on February 23, 2023, Adversary Proceeding docket No. 1.  The dismissal is without prejudice.

Dated: April 4, 2023

                                                             Respectfully submitted,

                                                             */s/ James Huggett*
                                                             James E. Huggett, Esquire (#3956
                                                            300 Delaware Avenue, Suite 800
                                                           Wilmington, DE 19801
                                                          P: (302) 888-1112
                                                          F: (302) 888-1119
                                                          jhuggett@margolisedelstein.com

**THE GARDNER FIRM, P.C.**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181

**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
Johnathan Miller
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

*Attorneys for Plaintiff*